IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 5:14-CR-271-F |
| v. : | |
| : | |
| ROSALINDA ZAMORA-CEDILLOS : | |

APPLICATION FOR WRIT OF HABEAS CORPUS
--------

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (**X**) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee: ROSALINDA ZAMORA-CEDILLOS

2. Detained by: **Wake County Jail**
   **Phone: 919-856-6735 Fax: 919-255-7263**

3. Detainee is (**X**) charged in this district by (**X**) Indictment of violating **18 U.S.C. § 1028A(a)(7) and Title 8 U.S.C. § 1325(a)(2).**

4. Appearance is necessary on **December 15, 2014, at 9:00 a.m.** (**X**) **in the U.S. District Court, Raleigh, N.C.,** OR ( ) before the Federal Grand Jury in this district, for ( ) initial appearance **(X) detention hearing** ( ) arraignment/plea to criminal information ( ) trial ( ) sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding, or ( ) other purpose(s), specifically:

/s/Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant United States Attorney

WRIT OF HABEAS CORPUS
--------

(**X**) Ad Prosequendum ( ) Ad Testificandum ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, or the arresting agent is hereby directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

15 December 2014

_____
James E. Gates
United States Magistrate Judge

Case 5:14-cr-00271-F   Document 26   Filed 12/15/14   Page 1 of 1