UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CR-271-1-F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSALINDA ZAMORA-CEDILLOS | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Sentencing Memorandum, which is docket entry number 47. The Court is of the opinion that the Sentencing Memorandum, docket number 47, and its attached exhibits A-C, should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the 13 day of July, 2015.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT COURT JUDGE